IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES WILLIAM KING, III | : | |
|    Plaintiff | : | |
| v. | : | Civil Action No. AMD-06-626 |
| WARDEN | : | |
|    Defendant | : | |

...o0o...

MEMORANDUM

This civil rights action, filed on March 10, 2006, concerns plaintiff's complaint of improper conduct on the part of a judge who sentenced him in a criminal case, as well as the judge determining the pre-trial motions in the case. Paper No. 1.

To the extent that the complaint constitutes plaintiff's attempt to institute a claim against judges involved in his state criminal case for actions taken in their judicial capacity, it shall be dismissed on the basis of judicial immunity. *See Forrester v. White*, 484 U.S. 219, 226 27 (1988) ("If judges were personally liable for erroneous decisions, the resulting avalanche of suits, most of them frivolous but vexatious, would provide powerful incentives for judges to avoid rendering decisions likely to provoke such suits."). In the event plaintiff is aggrieved by the decisions made in his criminal case, appellate procedures are available to address his claims.

Plaintiff's request for forms shall be granted and the Clerk will be directed to mail a civil rights packet to plaintiff. A separate order follows.

Filed: March 22, 2006                 __/s/_____
                                                           Andre M. Davis
                                                           United States District Judge